# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Portfolio Recovery Associates, LLC, Assignee of Synchrony Bank/HH Gregg, Petitioner,

v.

Jennifer Campney, Respondent,

AND

Jennifer Campney, Third-party Plaintiff,

v.

Cooling & Winter, LLC, Third-party Defendant,

of whom Jennifer Campney is the Respondent.

Appellate Case No. 2023-001601

―――――――――

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

―――――――――

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court Judge

―――――――――

Opinion No. 28279
Heard April 23, 2025 – Filed April 30, 2025

―――――――――

## DISMISSED AS IMPROVIDENTLY GRANTED

―――――――――

Jesse Ronald Jones, Jr., of Smith Debman Narron Drake Saintsing & Myers LLP, of Charleston; and Caren D. Enloe, of Smith Debman Narron Drake Saintsing & Myers LLP, of Raleigh, NC, both for Petitioner.

John R. Cantrell, Jr., of Cantrell Legal, PC, of St. Matthews, for Respondent.

---

**PER CURIAM:**   We granted a writ of certiorari to review the court of appeals' decision *Portfolio Recovery Associates, LLC v. Campney*, 441 S.C. 36, 892 S.E.2d 321 (Ct. App. 2023).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL and VERDIN, JJ., concur.**